USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

DARRYL NICKS,                                    :

                Plaintiff,          :

    -against-                                   :

CITY OF NEW YORK ET AL.,                         :

              Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 10596 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

Counsel having appeared before the Court for an initial pretrial conference on

March 7, 2008, the following schedule is established on consent of the parties:

    1.    Defendant City of New York shall provide the names of the relevant corrections officers by March 21, 2008;

    2.    Plaintiff shall provide physical descriptions of the relevant corrections officers by March 21, 2008;

    3.    Plaintiff shall file an amended complaint by April 17, 2008;

    4.    The parties shall complete all discovery by July 31, 2008;

    5.    The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by September 5, 2008; and

    6.    A final pre-trial conference shall take place on September 19, 2008 at 10:00 a.m.

Dated: March 7, 2008
       New York, New York

                  SO ORDERED:

                  _____
                  WILLIAM H. PAULEY III
                  U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
DARRYL NICKS,                                     :

                         Plaintiff,               :         07 Civ. 10596 (WHP)

         -against-                                :         SCHEDULING ORDER

CITY OF NEW YORK ET AL.,                          :

                         Defendants.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

         Counsel having appeared before the Court for an initial pretrial conference on

March 7, 2008, the following schedule is established on consent of the parties:

1.    Defendant City of New York shall provide the names of the relevant
      corrections officers by March 21, 2008;

2.    Plaintiff shall provide physical descriptions of the relevant corrections
      officers by March 21, 2008;

3.    Plaintiff shall file an amended complaint by April 17, 2008;

4.    The parties shall complete all discovery by July 31, 2008;

5.    The parties shall submit a joint pre-trial order in accord with this Court's
      Individual Practices by September 5, 2008; and

6.    A final pre-trial conference shall take place on September 19, 2008 at
      10:00 a.m.

Dated:  March 7, 2008
        New York, New York

                                        SO ORDERED:


                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

-1-

*Counsel of Record:*

Michael P. Kushner, Esq.
350 Fifth Avenue, Suite 4810
New York, NY 10118
*Counsel for Plaintiff*

Karl Joseph Ashanti, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*