USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

# MICHAEL HUESTON
### ATTORNEY AT LAW

350 FIFTH AVENUE, SUITE 4810
EMPIRE STATE BUILDING
NEW YORK, NEW YORK 10118

Tel: (212) ...
Fax: (212) ...
Email: mhueston@nyc.rr.com

ADMITTED NY

MICHAEL KUSHNER,
OF COUNSEL

RECEIVED
APR 17 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

April 17, 2008

BY FACSIMILE W/ PERMISSION (212) 805-6390
Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   Nicks v. City of New York et al., 07 CV 10596 (WHP)

Your Honor:

I represent the plaintiff in the above-referenced matter. Pursuant to the Court's March 7, 2008 scheduling order, plaintiff was to amend the pleadings by April 17, 2008 to add the names of several intake officers who were on duty when plaintiff's rights were allegedly violated at Rikers Island. <u>I respectfully request an additional two weeks to amend the complaint.</u> This is plaintiff's first request for an extension. We have been unable to obtain defendants' position regarding this application, despite repeated attempts to conference with defense counsel.

This request is necessary for the following reasons. Defendants have provided plaintiff with a command log that indicates which officers were on duty, however the names are illegible. Defendants promised to provide plaintiff with a legible copy, but the promised document has not been provided. We are therefore unable to amend the complaint. I apologize for the lateness of this application.

*Application granted.*
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
4/22/08

Respectfully submitted,

_____
Michael O. Hueston (MH 0931)

Cc:   A.C.C. Karl Ashanti, Esq. (By Facsimile 212.788.9776)

*Plaintiff shall file the amended complaint by May 1, 2008.*