USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
DARRYL NICKS,                                   :

                Plaintiff,               :

    -against-                                  :

CITY OF NEW YORK ET AL.,                        :

                Defendants.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 10596 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark the case closed.

Dated: August 22, 2008
       New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of Record:*

Michael P. Kushner, Esq.
350 Fifth Avenue, Suite 4810
New York, NY 10118
*Counsel for Plaintiff*

Karl Joseph Ashanti, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*